**Denied and Opinion Filed September 26, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01111-CV

### IN RE TINA WHITE, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00919**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Whitehill
Opinion by Justice Lang

Before the Court is relator's petition for writ of mandamus in which she complains of a September 17, 2018 order compelling production of cell phone records. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Douglas S. Lang/
DOUGLAS S. LANG
181111F.P05                                                         JUSTICE